**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAQUEL C-C.,

                Plaintiff,                      24 **CIVIL** 0695 (GRJ)

    -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 3, 2024, Plaintiff is GRANTED Judgment on the Pleadings, and this matter is REMANDED for further administrative proceedings consistent with this Decision and Order. Judgment is entered in favor of Plaintiff and the case is closed.

**Dated:** New York, New York

      September 3, 2024

                                                  **DANIEL ORTIZ**
                                             **Acting Clerk of Court**

                         **BY:**
                                               **Deputy Clerk**